IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL CLINCH, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV371 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL INCORPORATED, a | ) | ORDER |
| Delaware corporation, and | ) | |
| COMMONWEALTH ELECTRIC | ) | |
| COMPANY, a Nebraska | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Upon advice from Magistrate Judge F.A. Gossett that he has recused himself in this matter,

IT IS ORDERED that this case is referred to Magistrate Judge Thomas D. Thalken.

DATED this 2nd day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court