IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DANIEL CLINCH,                )
                              )
          Plaintiff,          )        8:05CV371
                              )
     v.                       )
                              )
CARGILL, INCORPORATED, a      )        ORDER
Delaware corporation, and     )
COMMONWEALTH ELECTRIC COMPANY,)
A Nebraska corporation,       )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on defendant Commonwealth Electric Company's motion for extension of answer day (Filing No. 13). For good cause shown,

IT IS ORDERED that defendant's motion is granted; Commonwealth Electric Company shall have until October 3, 2005, to answer or respond to plaintiff's complaint.

DATED this 12th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court