IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DANIEL CLINCH,                    )
                                  )
              Plaintiff,          )        8:05CV371
                                  )
        v.                        )
                                  )
CARGILL, INCORPORATED, a          )        ORDER
Delaware corporation, and         )
COMMONWEALTH ELECTRIC COMPANY,)
A Nebraska corporation,           )
                                  )
              Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion to extend date for filing report of parties' planning conference (Filing No. 18).  The Court notes defendants have no objection. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the parties shall have until November 4, 2005, to file a report of parties' planning conference.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court