IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DANIEL CLINCH,                       )
                                     )
              Plaintiff,             )      8:05CV371
                                     )
     v.                              )
                                     )
CARGILL, INCORPORATED, a             )
Delaware corporation, and            )
COMMONWEALTH ELECTRIC COMPANY,)
A Nebraska corporation,              )
                                     )
              Defendants.            )
_____)
PATRICK BLAYLOCK,                    )
                                     )
              Plaintiff,             )      8:05CV372
                                     )
     v.                              )
                                     )
CARGILL, INCORPORATED, a             )
Delaware corporation, and            )
MENLO LOGISTICS, INC.,               )
A Delaware corporation,              )
                                     )
              Defendants.            )
_____)
ALAN IMHOF,                          )
                                     )
              Plaintiff,             )      8:05CV379
                                     )
     v.                              )
                                     )
CARGILL, INCORPORATED, a             )
Delaware Corporation, and            )
GETHMANN CONSTRUCTION                )
COMPANY, INC.,                       )
                                     )
              Defendants.            )
_____)
```

```
RUSSELL KATT,                    )
                                 )
              Plaintiff,         )         8:05CV380
                                 )
     v.                          )
                                 )
CARGILL, INCORPORATED, a         )         ORDER
Delaware Corporation, and        )
GETHMANN CONSTRUCTION            )
COMPANY, INC.,                   )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court after the parties' planning conference. The Court finds these cases should be consolidated for purposes of discovery. Accordingly,

IT IS ORDERED that the above-captioned cases are consolidated for purposes of discovery.

DATED this 15th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court