IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DANIEL CLINCH,                  )
                                )
          Plaintiff,            )        8:05CV371
                                )
     v.                         )
                                )
CARGILL, INCORPORATED, a        )
Delaware corporation, and       )
COMMONWEALTH ELECTRIC COMPANY,  )
A Nebraska corporation,         )
                                )
          Defendants.           )
_____)
PATRICK BLAYLOCK,               )
                                )
          Plaintiff,            )        8:05CV372
                                )
     v.                         )
                                )
CARGILL, INCORPORATED, a        )        ORDER
Delaware corporation, and       )
MENLO LOGISTICS, INC.,          )
A Delaware corporation,         )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the motions to extend deadline to add parties or amend pleadings (Filing No. 35 in 8:05CV371; Filing No. 36 in 8:05CV372).  The Court finds these motions should be granted.  Accordingly,

IT IS ORDERED that defendant Cargill's motions are granted; the parties shall have until June 20, 2006, to add parties or amend pleadings in these cases.

DATED this 22nd day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court