IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DANIEL CLINCH,                    )
                                  )
               Plaintiff,         )          8:05CV371
                                  )
          v.                      )
                                  )
CARGILL INCORPORATED, a           )          ORDER
Delaware corporation, and         )
COMMONWEALTH ELECTRIC             )
COMPANY, a Nebraska               )
corporation,                      )
                                  )
               Defendants.        )
_____)
```

This matter is before the Court on defendants' motion to extend deadlines regarding designation of expert witnesses and addition of parties/amend pleadings (Filing No. 43). Accordingly,

IT IS ORDERED that defendants' motion is granted; defendant shall have until August 20, 2006, in which to add parties or amend pleadings and until September 1, 2006, in which to identify expert witnesses.

DATED this 26th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court