IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL CLINCH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV371 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL INCORPORATED, a Delaware corporation, and COMMONWEALTH ELECTRIC COMPANY, a Nebraska corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to strike (Filing No. 47) and motion to dismiss with prejudice (Filing No. 48). Pursuant thereto,

IT IS ORDERED:

1) Plaintiff's motion to strike (Filing No. 47) is granted; the motion to dismiss (Filing No. 46) shall be stricken because it failed to identify the correct defendant in the caption.

2) Plaintiff's motion to dismiss (Filing No. 48) is granted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 7th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court